THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK BUONPANE, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.